# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
*\*\*mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

February 9, 2026

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

**Re: Tiana LaSalle v. Comm'r of SSA 1:25-cv-09504-VF**

Dear Honorable Judge Figueredo:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Opening Brief is due on February 11, 2026. Due to multiple briefs coming due on or about the same date, in part as a result of the end of administrative stays connected to government funding, Plaintiff has incurred multiple conflicts on the briefing calendar and is unable to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including April 13, 2026. No previous request for an extension has been made in this case and the Defendant has given consent and further requests his Response be extended to 60 days from Plaintiff's due date. Plaintiff's Reply, if any, will be due 14 days after Defendant's filing date.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Sergei Aden, Esq.   (Via ECF)
       Attorney for Defendant.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: February 10, 2026**

The requested extension is GRANTED. The Clerk
of Court is respectfully directed to terminate the
motion at ECF No. 10.